IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GINA TASSONE,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY; and MIRAMED GLOBAL SERVICES, INC. LONG TERM DISABILITY PLAN,<br><br>      Defendant. | Case No. 1:15-cv-08557<br><br>*The Honorable Robert W. Gettleman*<br>*Magistrate Judge Susan E. Cox* |

## DEFENDANTS' MOTION FOR JUDGMENT
## PURSUANT TO F.R. CIV. P. 52

Defendants United of Omaha Life Insurance Company and MiraMed Global Services, Inc. Long Term Disability Plan (collectively "Defendants"), by their undersigned counsel, move this Honorable Court, pursuant to Rule 52 of the Federal Rules of Civil Procedure, to enter judgment in their favor and against Plaintiff Gina Tassone ("Plaintiff") for the reasons set forth in their supporting Statement of Facts and Memorandum of Law filed contemporaneously herewith.

WHEREFORE, United of Omaha Life Insurance Company and MiraMed Global Services, Inc. Long Term Disability Plan respectfully request that this Court enter an order granting Judgment in their favor, and awarding them such other and further relief as the Court deems just and equitable, including an award of their reasonable attorneys fees and costs pursuant to 29 U.S.C. §1132(g).

Dated this 12th day of January, 2017

**Respectfully Submitted,**

**UNITED OF OMAHA LIFE INSURANCE COMPANY and MIRAMED GLOBAL SERVICES, INC. LONG TERM DISABILITY PLAN, Defendants.**

*/s/ Edna S. Kersting*
Edna S. Kersting, Bar No. 6277775
***Attorney for Defendants***
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
55 West Monroe, Suite 3800
Chicago, IL 60603
Telephone:   (312) 821-6162
Facsimile:    (312) 704-1522
E-mail: edna.kersting@wilsonelser.com

# **CERTIFICATE OF SERVICE**

  I hereby certify that on the 12th day of January 2017, a copy of the foregoing motion was filed electronically. Notice of this filing will be sent by operations of the Court's electronic filing systems to all parties indicated on the electronic filing receipt. All other parties will be served by Regular U. S. Mail.

*Parties may access this filing through the Court's System.*

             */s/ Edna S. Kersting*
             Edna S. Kersting, Bar No. 6277775
             ***Attorney for Defendants***
             WILSON, ELSER, MOSKOWITZ,
             EDELMAN & DICKER LLP
             55 West Monroe Street, Suite 3800
             Chicago, IL 60603
             Telephone: (312) 821-6162
             Facsimile: (312) 704-1522
             E-mail: edna.kersting@wilsonelser.com